**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  REESTABLISHMENT OF THE | : | NO. 484 |
| MAGISTERIAL DISTRICTS WITHIN THE | : | |
| 28th JUDICIAL DISTRICT OF THE | : | MAGISTERIAL RULES DOCKET |
| COMMONWEALTH OF PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 31st day of May, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 28th Judicial District (Venango County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the realignment of the Magisterial Districts within Venango County, to be effective November 1, 2022, is granted.

Said Magisterial Districts will be reestablished as follows:

Magisterial District 28-3-01
Magisterial District Judge Andrew F. Fish

Allegheny Township
Canal Township
Cherrytree Township
Cooperstown Borough
Cornplanter Township
Jackson Township
Oakland Township
Oil City
Oilcreek Township
Pleasantville Borough
Plum Township
Rouseville Borough
Sugarcreek Borough (voting district 2)
Sugarcreek Borough (voting district 5)
Utica Borough

Magisterial District 28-3-03  
Magisterial District Judge Matthew T. Kirtland

City of Franklin  
Frenchcreek Township  
Mineral Township  
Polk Borough  
Sandycreek Township  
Sugarcreek Borough (voting district 1)  
Sugarcreek Borough (voting district 3)  
Victory Township

Magisterial District 28-3-04  
Magisterial District Judge Patrick E. Lowrey

Barkeyville Borough  
Clinton Township  
Clintonville Borough  
Cranberry Township  
Emlenton Borough  
Irwin Township  
Pinegrove Township  
President Township  
Richland Township  
Rockland Township  
Scrubgrass Township